UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00704-FDW-DSC

| | |
|---|---|
| JASON K. PURSER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| TITIA LONG-NICKENS, A/K/A TITIA ) | ORDER |
| LONG, A/K/A TLN INTERNATIONAL ) | |
| EXPRESS TRUST, A/K/A TLN EXPRESS ) | |
| TRUST, and TORNELLO F. PIERCE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court sua sponte following Defendant Titia Long-Nickens's "Request for Entry of Default& [sic] Possession." (Doc. No. 19). Defendant Long-Nickens's Request is dated December 14, 2012, but the postmark on the envelope received by the Clerk's Office is dated January 7, 2013. On December 17, 2012, this Court remanded this case to state court, with the exception of the payment of attorney's fees and costs by Defendant Tornello F. Pierce for the portion of the case that was removed to this Court. Accordingly, no portion of this case involving Defendant Long-Nickens remains before this Court, and her Request is moot. Accordingly, the Clerk's Office is directed not to enter an entry of default or take any other action with respect to Defendant Long-Nickens's Request.

IT IS SO ORDERED.

Signed: January 10, 2013

Frank D. Whitney
United States District Judge