**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:12-CV-00704-FDW-DSC**

| | |
|---|---|
| JASON K. PURSER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| TITIA LONG-NICKENS, a/k/a TITIA ) | NOTICE RE: CANCELLATION OF |
| LONG, a/k/a TLN INTERNATIONAL ) | HEARING |
| EXPRESS TRUST, a/k/a TLN EXPRESS ) | |
| TRUST, and TORNELLO F. PIERCE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TAKE NOTICE** that the hearing on Defendant Tornello F. Pierce's failure to comply with this Court's Order to pay Plaintiff Jason K. Purser $2,905.50 in attorney's fees, (Doc. No. 24), before the undersigned United States District Judge, scheduled to be held at **11:15 a.m.** on **Tuesday, March 12, 2013**, is hereby **CANCELLED** as Defendant Pierce is currently incarcerated. Defendant Pierce remains ordered to pay Plaintiff Purser $2,905.50 in attorney's fees and, if he has not paid Plaintiff Purser by the time of his release, a new hearing will be scheduled regarding his failure to do so.

IT IS SO ORDERED.

Signed: March 7, 2013

Frank D. Whitney
United States District Judge