## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-CV-00704-FDW-DSC

| | | |
|---|---|---|
| JASON K. PURSER, ET AL., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TITIA LONG-NICKENS, a/k/a TITIA | ) | **ORDER** |
| LONG, a/k/a TLN INTERNATIONAL | ) | |
| EXPRESS TRUST, a/k/a TLN EXPRESS | ) | |
| TRUST, and TORNELLO F. PIERCE, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Plaintiffs' Report Following Show Cause Hearing. (Doc. No. 37). In the Report, Plaintiffs state that United States Postal Money Orders submitted by Defendant Tornello F. Pierce in the amount of $2,905.50 in fulfillment of this Court's prior show cause orders have cleared. Plaintiffs ask "this Court to find that Plaintiffs have satisfied their obligations to the Court and to award other and further relief that is equitable and just." (Doc. No. 37). Based on this language, the Court treats this Report as a Motion, and GRANTS the Motion in so far as it asks the Court to find that Plaintiffs have satisfied their obligations to the Court. However, the Motion is DENIED in terms of any award of any "other and further relief." The Court now finds that all aspects of this case in this Court have been completely resolved. No further filings of any kind relating to this case in this Court are required or expected from the parties.

IT IS SO ORDERED.                    Signed: August 19, 2013

Frank D. Whitney
Chief United States District Judge